■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARDO MEJIA-GARCIA, Appellant. [823 NYS2d 116]—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on or about June 6, 2005, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Marlow, Sullivan, Nardelli and Gonzalez, JJ.